**Motion Denied; Appeal Dismissed and Majority and Dissenting Opinions filed October 27, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00021-CV

## IN THE MATTER OF THE MARRIAGE OF CLINTON BOWERS AND BARBARA BOWERS

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 70242**

## M A J O R I T Y   O P I N I O N

This is an appeal from a judgment signed December 12, 2014. The clerk's record was filed February 9, 2015. The reporter's record was filed February 10, 2015. Appellant filed a brief that failed to substantially comply with Rule 38 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.1(a), (c), (f), and (i). On September 1, 2015, appellant was ordered to file an amended brief within thirty days or the appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 38.9 and 42.3(b).

On September 29, 2015, appellant filed a motion for extension of time to file his amended brief. The motion fails to state the length of the extension sought or any facts relied upon to explain the need for an extension. *See* Tex. R. App. P. 10.5(b)(B) and (C). Accordingly, appellant's motion is denied and the appeal is ordered dismissed.

/s/    Ken Wise
Justice

Panel consists of Justices Jamison, McCally, and Wise (McCally, J., dissenting).